# United States Court of Appeals for the Fifth Circuit

———————————

No. 24-40489
Summary Calendar

———————————

United States Court of Appeals
Fifth Circuit

**FILED**

May 7, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Larry Demontrie Mock,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:19-CR-64-3

———————————————————————

Before Haynes, Higginson, and Douglas, *Circuit Judges*.

Per Curiam:[*]

Larry Demontrie Mock, federal prisoner #17336-579, appeals the district court's denial of his self-styled motions for vindication that the district court construed as an 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release. Mock does not, however, challenge the district court's reasons for denying his motions, namely that Mock failed to

———————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-40489

demonstrate that he exhausted all administrative remedies. Therefore, any such argument is abandoned. *See Yohey v. Collins*, 985 F.2d 222, 224–25 (5th Cir. 1993); *Brinkmann v. Dall. Cnty. Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987). Accordingly, the judgment of the district court is AFFIRMED.